IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL E. CARR, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that the defendant's sentencing is rescheduled to Thursday, June 7, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 4, 2007.        BY THE COURT:

                     s/ *Richard G. Kopf*
                     United States District Judge