IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:07CR3017 |
| | ) | |
| MICHAEL CARR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Rule 35 Hearing, filing 49, now set for October 23, 2009, at 10:00 a.m.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Rule 35 hearing scheduled in this case shall be continued until the 23rd day of November, 2009, at 1:00 p.m.  The defendant will participate in the hearing by telephone.

Dated September 30, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge